■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHA-BORN MCGRIFF, Appellant. [647 NYS2d 961] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered February 8, 1995, convicting him of attempted robbery in the second degree under Indictment No. 12465/93, upon his plea of guilty, and imposing sentence, and purported appeal by the defendant from a judgment of the same court, also rendered February 8, 1995, convicting him of criminal possession of a weapon in the third degree under Indictment No. 9660/94, upon his plea of guilty, and imposing sentence.

Ordered that the judgment under Indictment No. 12465/93 is affirmed; and it is further,

Ordered that the purported appeal from the judgment under Indictment No. 9660/94, is dismissed.

The defendant failed to file a notice of appeal with respect to the judgment rendered under Indictment No. 9660/94. Accordingly, his purported appeal from that judgment of conviction is dismissed.

The defendant's motion to withdraw his guilty plea under Indictment No. 12465/93 was based upon conclusory and unsubstantiated claims. Therefore, his motion was properly denied without a hearing *(see, People v Palmeri,* 227 AD2d 418). The defendant's remaining contentions are without merit. Bracken, J. P., Krausman, Goldstein and Luciano, JJ., concur.